Recording Requested By:
FIRST AMERICAN MORTGAGE SOLUTIONS

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
4000 W. Metropolitan Dr.
Suite# 400
Orange, CA 92868

Receipt # 101376 KNOX SS: RECEIVED
VOL 5238 PG 263
ERECORDED
12/06/2017 12:50:53 PM
1 Pages
Instr # 2017-11439
ATTEST:Lisa J.Simmons, Knox Co Registry of Deeds

_____ above for Recorder's use _____
MERS MIN#: 100176106120111761   PHONE#: (888) 679-6377
Customer#: 1/1   Service#:
Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS, PO BOX 2026, FLINT, MI, 48501-2026, hereby assign and transfer to THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $141,100.00, recorded in the State of MAINE, County of KNOX Official Records, dated DECEMBER 14, 2006 and recorded on DECEMBER 18, 2006, as Instrument No. 15084, in Book No. 3727, at Page No. 226.
Executed by: GUY E JOHNSON III AND KATRINA BENNINGTON (Original Mortgagor).
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS.

Date: NOVEMBER 29, 2017
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS

By: _____
Kendra Cook, Vice President

State of     OKLAHOMA          }
County of   OKLAHOMA          } ss.

On NOVEMBER 29, 2017, before me, Nancy Ortiz, a Notary Public, personally appeared Kendra Cook, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name) Nancy Ortiz
My commission expires: 09/29/2020

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
PRITESH JAIN, (405) 608-2535

EXHIBIT D