RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

Receipt # 106612 KNOX SS: RECEIVED
ERECORDED
Instr # 2018-9046
ATTEST:Lisa J.Cottrell, Knox Co Registry of Deeds
VOL 5338 PG 244
09/14/2018 10:25:05 AM
2 Pages

Prepared by: Robin Handyside
Loan Number: 9800634041
Parcel Id: 12/8
Property Address: 28 Hendrickson Lane, Friendship, ME 04547

Space Above This Line For Recorder's Use

## QUITCLAIM ASSIGNMENT

WHEREAS, Accredited Home Lenders, Inc., A California Corporation, is the "Lender" on a certain mortgage executed by Guy E. Johnson III and Katrina Bennington, and bearing the date December 14. 2006, and recorded on December 18, 2006, in the Knox County Registry of Deeds, State of Maine as Document Number #15084 Book:3727 Page:226 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of Accredited Home Lenders, Inc., A California Corporation and its successors and assigns, and MERS was the stated mortgagee of record;

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interest that MERS had in the Mortgage; and

WHEREAS, Accredited Home Lenders, Inc. A California Corporation wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, Accredited Home Lenders, Inc. A California Corporation, hereby **ASSIGNS AND QUIT CLAIMS** all of its rights, title and interest (whatever they may be, if any) in the Mortgage to The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, 13801 Wireless Way, Oklahoma City, OK 73134.

**EXHIBIT E**

IN WITNESS WHEREOF, the said Martha Ellis, is the Senior Vice President at Caliber Home Loan, Inc. there unto duly authorized, has executed this instrument on the 13th day of the month of September, 2018.

Accredited Home Lenders, Inc. by Caliber Home Loans, Inc. FKA Vericrest Financial, Inc. as attorney in fact

_____
Witness Name: Edwin Otzoy Rito

_____
Title: Senior Vice President
Print Name: Martha Ellis

STATE OF OKLAHOMA
COUNTY OF OKLAHOMA

Date: September 13, 2018

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgements, personally appeared Martha Ellis, the SENIOR VICE PRESIDENT at CALIBER HOME LOANS, INC., who is personally known to me, or who produced as identification and who swore or affirmed and subscribed the foregoing instrument as his/her free act and deed, in his/her said capacity, and the free act and deed of the said Quitclaim Assignment.

_____
Notary Public Signature: Robin Handyside
Notary Expiration Date: April 15, 2021