Receipt # 112334 KNOX SS: RECEIVED
ERECORDED
Instr # 2019-5874
ATTEST:Lisa J.Cottrell, Knox Co Registry of Deeds
VOL 5437 PG 74
07/15/2019 03:29:48 PM
1 Pages

Recording Requested By:
Richmond Monroe Group

When Recorded Mail To:
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

TS Ref #:

RRR Basic

ME/KNOX

## CORPORATE ASSIGNMENT OF MORTGAGE

Assignment Prepared on: May 29, 2019

**Assignor:** THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:** THE BANK OF NEW YORK MELLON, SUCCESSOR TO THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 12/14/2006, in the amount of $141,100.00, executed by GUY E. JOHNSON, III AND KATRINA BENNINGTON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS and Recorded: 12/18/2006, Instrument #: 15084, Book: 3727, Page: 226 in KNOX County, State of MAINE.

Property Address: 28 HENDRICKSON LANE, FRIENDSHIP, ME, 04547

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT

On: JUN 0 6 2019

By: _____
Name: Bryce Braegger
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On JUN 0 6 2019, before me, Sasha Torres, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Bryce Braegger Document Control Officer, THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Sasha Torres
Notary Expires: OCT 14 2020 / #: 691622

SASHA TORRES
Notary Public State of Utah
My Commission Expires on:
October 14, 2020
Comm. Number: 691622

ME/KNOX

EXHIBIT F